Barry Milgrom
60 29th Street
PMB #661
San Francisco, CA 94110
(415) 796-2444
Trustee in Bankruptcy

FILED
OCT 19 2015
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

**Me Cal, Inc.**

Debtor

Case No. 13-30940
Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $3445.08. The names and addresses of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 57 | Patrick James Eggers<br>2271 Nobile Ave.<br>Santa Clara, CA 95051 | $2,036.80 | $1,036.69 |
| 32 | Ismael Inostrosa<br>1730 Bay Road #426<br>E. Palo Alto, CA 94303 | $1,506.12 | $766.58 |
| 28 | HLA OO<br>170 Acacia Street<br>Daly City, CA 94014 | $3,225.70 | $1,641.81 |

Dated: October 16, 2015

/s/ Barry Milgrom
Barry Milgrom, Trustee