Barry Milgrom
60 29th Street
PMB #661
San Francisco, CA 94110
(415) 796-2444
Trustee in Bankruptcy

**FILED**

DEC - 2 2015

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 13-30940 |
| --- | --- |
| Me Cal, Inc. | Chapter 7 |
| | **NOTICE OF UNCLAIMED DIVIDENDS** |
| Debtor | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $1,393.28. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
| --- | --- | --- | --- |
| 34 | Daniel Ramirez<br>3461 Michael Drive<br>Redwood City, CA 94063 | $2,737.40 | $1,393.28 |

Dated: December 1, 2015

/s/ Barry Milgrom
Barry Milgrom, Trustee